# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 223 WAL 2023

            Respondent              :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

               v.                     :

                                   :

MICHAEL RAY JAMES,              :

             Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of December, 2023, the Petition for Allowance of Appeal and the Application to File Supplement to Petition for Allowance of Appeal are **DENIED**.